An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HERBIE FREDRICK MOORE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65818

**FILED**

JUN 1 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Appellant filed a notice of appeal on May 29, 2014. In his notice of appeal, appellant stated that he was appealing from a decision entered on May 13, 2014. However, nothing was denied in the district court on May 13, 2014. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_Pickering_ , J.
Pickering

_Parraguirre_ , J.
Parraguirre

_Saitta_ , J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20153

cc: Hon. Elissa F. Cadish, District Judge
Herbie Fredrick Moore
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk